No. 91–7483. INGRAM *v.* CAVANAUGH, EXECUTIVE DIRECTOR OF THE SOUTH CAROLINA PAROLE AND COMMUNITY CORRECTIONS BOARD, ET AL. C. A. 4th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

MAY 1, 1992

No. A–808 (91–8111). KENNEDY *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.